==Motion GRANTED.==

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Jane Doe,

    Plaintiff,

v.                          Civil Action No: 3:18-cv-00295

Matthew 25, Inc. and
James Finchum               Judge Trauger

    Defendants.            (Jury Trial Requested)

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW Plaintiff Jane Doe and moves this Court for leave to file under seal Exhibit A to Plaintiff's Supplement to Opposition to Matthew 25 MTD (ECF 32-1). In support thereof, Plaintiff states that this case was filed as a Jane Doe action to protect the identity of Plaintiff and such identity is revealed in Exhibit A to ECF 32-1.

Therefore, for good cause shown, Plaintiff requests that the Court grant Plaintiff leave to file ECF 32-1 under seal.

Respectfully submitted,

COLLINS & HUNTER, PLLC

*/s Anne Hunter*
Heather Moore Collins (# 026099)
Anne Hunter (# 022407)
Paige M. Lyle (# 032959)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996