# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 3:18-cv-00295 |
| | ) Judge Trauger |
| MATTHEW 25, INC. AND JAMES FINCHUM, | ) |
|     Defendants. | ) |

## ORDER

Defendant Finchum's Motion to Reconsider Motion to Stay (Docket No. 45) is GRANTED. Given new evidence that there is a criminal investigation pending against him, it is hereby ORDERED that his earlier-filed Motion to Stay this case as to him (Docket No. 30) is GRANTED. The case may remain active as to defendant Matthew 25, Inc.

It is so **ORDERED**.

ENTER this 15th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge