> Motion GRANTED.
> Extensions as requested.
> *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00295 |
| ) | |
| MATTHEW 25, INC. and ) | Judge Aleta A. Trauger |
| JAMES FINCHUM, ) | |
|     Defendants. ) | Jury Demand |

**JOINT MOTION OF PLAINTIFF AND DEFENDANT MATTHEW 25, INC. TO AMEND THE INITIAL CASE MANAGEMENT ORDER**

Defendant Matthew 25, Inc. ("Matthew 25")[1] and Plaintiff respectfully request the Court amend the Initial Case Management Order (Doc. No. 22) to extend certain discovery deadlines in order to accommodate the parties' desire to mediate. In further support of their motion, Matthew 25 and Plaintiff state as follows:

All parties, including defendant James Finchum, have agreed to participate in voluntary mediation with a private mediator on January 24, 2019. In order to allow the parties to focus their efforts on mediation, Matthew 25 and Plaintiff have agreed, subject to Court approval, to extend the deadlines for fact discovery and expert disclosures/depositions set by the Initial Case Management Order by approximately **one month**, as specifically requested below. Matthew 25 and Plaintiff further agree that Matthew 25 may conduct a Rule 35 mental examination of Plaintiff.

---

[1] At present, this case is stayed as against defendant James Finchum, pursuant to Order entered August 15, 2018, Doc. No. 46. For this reason, Mr. Finchum was not asked to join in this Motion. Although Mr. Finchum is not a party to the motion, Mr. Finchum's counsel has indicated that she does not oppose the relief requested in the Motion as it relates to Matthew 25 and Plaintiff.

1