IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-0295 |
| ) | Judge Trauger |
| MATTHEW 25, INC., and JAMES FINCHUM, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by February 17, 2019.

The jury trial set for October 15, 2019 and the pretrial conference set for October 11, 2019 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 29th day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge